# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0103. TIERNEY GERMANY v. COBB CREEK APARTMENTS.**

Tierney Germany filed this application for discretionary appeal seeking review of a magistrate court order transferring this dispossessory case to the superior court. We lack jurisdiction.

The only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for appellate review in the state or superior court. See *Harris v. Reserve at Hollywood*, Case No. A26D0039, ____ Ga. App. ____ (____ SE2d____), slip op. at 1 (Aug. 26, 2025); *Tate v. Habif*, 367 Ga. App. 435, 438–39 (2) (886 SE2d 389) (2023); see also OCGA § 5-3-4 (a) (providing that state and superior courts have appellate jurisdiction over final judgments of lower judicatories). Thus, this Court has jurisdiction to address a magistrate court order only if the order has been reviewed by a state or superior court. See, e.g., *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). But under the Georgia Constitution, "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; accord Court of Appeals Rule 11 (b). Thus, this Court at times has transferred applications seeking review of magistrate court orders back to the magistrate court with direction to send the case to state or superior court.

In this case, however, the order that Germany seeks to appeal accomplishes that very task — it transfers the case to superior court. Accordingly, any transfer order entered by this Court would be redundant. This application is therefore DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,___10/21/2025_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.